UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jonathan West,

        Court No.:_____

        Plaintiff,

v.

        **NOTICE OF REMOVAL**

At Home Stores LLC,

        Defendant.

To:    Plaintiff Jonathan West, through his counsel Ryan H. Ahlberg, Ahlberg Law, PLLC, Union Plaza Building, Suite 300, 333 Washington Avenue North, Minneapolis, Minnesota 55401.

Defendant At Home Stores LLC (Defendant), through its counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, submits this Notice of Removal of an action from the District Court for the First Judicial District for the State of Minnesota, Dakota County. As grounds for this Notice of Removal, Defendant states as follows:

1.    On May 30, 2019, Plaintiff Jonathan West caused copies of a Summons and Complaint (Complaint) in the District Court for the First Judicial District for the State of Minnesota, Dakota County (State Court), captioned *Jonathan West v. At Home Stores LLC* to be served on Defendant.  A true and correct copy of the Summons and Complaint is attached as Exhibit A.

2.    The first date of Defendant's notice of the Complaint for purposes of removal was May 30, 2019.

3.      On information and belief, Plaintiff has not yet filed the Complaint in State Court, and therefore, there is no state court file number.

4.      In addition to the Summons and Complaint, on May 30, 2019, Plaintiff served on Defendant:  (a) Minn. R. Civ. P. 68 Offer of Settlement; (b) Plaintiff's Minn. R. Civ. P. 26.01 Initial Disclosures; and (c) Proposed Joint Discovery Plan.  A true and correct copy of these documents are attached as Exhibits B, C, and D, respectively.

5.      Other than the documents identified in paragraphs 1 and 4 above, Defendant is not aware that any other pleadings have been served or filed in this matter.

6.      In the Complaint, Plaintiff asserts a cause of action under the Minnesota Human Rights Act, Minn. Stat. § 363A.11, subd. 1.

7.      This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1332 because it is an action between citizens of different states and the amount that Plaintiff claims is in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

8.      Plaintiff is an individual and a citizen and resident of the State of Minnesota.

9.      Defendant is a limited liability company incorporated in the State of Delaware with its principal place of business in the State of Texas.  *See GMAC Commercial Credit LLC v. Dillard Dept. Stores, Inc.*, 357 F.3d 827, 828–29 (8th Cir. 2003)(stating that the state of citizenship of a limited liability company for purposes of diversity jurisdiction is deemed to be the states of citizenship of its members).  Defendant's sole member is At Home Companies, LLC, a Delaware limited liability

2

company with its principal place of business in the State of Texas. The sole member of At Home Companies, LLC is At Home Holdings III Inc., a Delaware corporation with its principal place of business in the State of Texas.

10.     Although Defendant denies that it is liable to Plaintiff for any damages, in his Complaint, Plaintiff states that he seeks a judgment "in an amount greater than $50,000" and civil penalties and "any other appropriate legal or equitable relief pursuant to Minn. Stat. § 363A.29 Subds. 3 through 6, including statutory punitive damages." Exhibit A at pg. 4. Bbased on the allegations asserted in the Complaint, Plaintiff claims he has suffered damages in excess of $75,000, exclusive of interest and costs. *See OnePoint Solutions, LLC v. Borchert*, 486 F.3d 342, 349 (8th Cir. 2007) (stating that "[t]he district court has subject matter jurisdiction in a diversity case when a fact finder could legally conclude, from the pleadings and proof adduced to the court before trial, that the damages that the plaintiff suffered are greater than $75,000") (quoting *Kopp v. Kopp*, 280 F.3d 883, 885 (8th Cir. 2002)). This is confirmed by Plaintiff's Minn. R. Civ. P. 68 Offer of Settlement served on Defendant, making an Offer of Settlement in the amount of $150,000.

11.     Removal to this Court is proper under the provisions of 28 U.S.C. §§ 1441 and 1446.

12.     This Notice of Removal is being filed within thirty (30) days of receipt of the Complaint, and therefore, this matter is removable because the time for filing this Notice of Removal under 28 United States Code section 1446 has not expired.

13.     Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this case (attached hereto as Exhibit E), together with a copy of this Notice of Removal with Exhibit A, shall be concurrently served on Plaintiff and filed in State Court.

WHEREFORE, Defendant prays that this action be removed from the District Court for the First Judicial District for the State of Minnesota, Dakota County, to the United States District Court for the District of Minnesota, and requests that this Court assume full jurisdiction over the case herein as provided by law.

Dated:  June 26, 2019

    s/Margaret R. Ryan
Margaret R. Ryan (#0331181)
Meagher & Geer, P.L.L.P.
33 South Sixth Street, Suite 4400
Minneapolis, MN  55402
Telephone:  612.338.0661
mryan@meagher.com

***Attorney for Defendant***

12884465.1

4